**NOT FOR PUBLICATION**

**FILED**

**UNITED STATES COURT OF APPEALS**

JUN 3 2024

**FOR THE NINTH CIRCUIT**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THOMAS J. LALLANDE IV, | No. 23-15642 |
| Plaintiff-Appellant, | D.C. No. 2:22-cv-00200-SMB-DMF |
| v. | |
| PAUL PENZONE, Sheriff, et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Arizona
Susan M. Brnovich, District Judge, Presiding

Submitted May 29, 2024[**]

Before: FRIEDLAND, BENNETT, and SANCHEZ, Circuit Judges.

Thomas J. Lallande IV appeals pro se from the district court's summary

judgment in his 42 U.S.C. § 1983 action alleging a conditions-of-confinement

claim concerning the meals Lallande was provided as a pretrial detainee. We have

jurisdiction under 28 U.S.C. § 1291. We review de novo cross-motions for

---

[*]       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]       The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

summary judgment. *Hamby v. Hammond*, 821 F.3d 1085, 1090 (9th Cir. 2016). We affirm.

The district court properly granted summary judgment for defendants because Lallande failed to raise a genuine dispute of material fact as to whether any defendant put him at a substantial risk of serious harm or caused him injury because of the meals he was provided. *See Castro v. County of Los Angeles*, 833 F.3d 1060, 1071 (9th Cir. 2016) (en banc) (providing that for conditions-of-confinement claims under the Fourteenth Amendment, a plaintiff must show that the alleged inadequate conditions "put the plaintiff at substantial risk of suffering serious harm" and that defendants "caused the plaintiff's injuries").

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Lallande's request for excerpts of record (Docket Entry No. 5) is denied.

Appellees' motion to submit sealed documents (Docket Entry No. 19) is granted. The Clerk will maintain under seal Docket Entry No. 19-2. The Clerk will file publicly the motion to submit documents under seal (Docket Entry No. 19-1).

**AFFIRMED.**